# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUEZ,<br><br>                Petitioner,<br><br>   v.<br><br>D.K. SISTO, Warden,<br><br>                Respondent. | Case No. EDCV 10-0349-MMM (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  May 4, 2011

                                                  MARGARET M. MORROW
                                                  UNITED STATES DISTRICT JUDGE